PHL MEO INVESTIGATIONS Fax:2156857376     Nov 12 2014 12:50pm  P002/003

Case 13-14780-mdc    Doc 119-1    Filed 11/12/14    Entered 11/12/14 15:17:43    Desc
Exhibit Proof of Death Certification and Death Certificate Information    Page 1 of 2



# City of Philadelphia
# OFFICE OF THE MEDICAL EXAMINER
321 University Avenue
Philadelphia, Pennsylvania 19104
(215) 685-7470

## PROOF OF DEATH CERTIFICATION

DECEDENT NAME       : Terry, Jr., Otis William
MEO CASE NUMBER     : 14-04499
CAUSE OF DEATH      : Atherosclerotic Cardiovascular Disease
DATE OF DEATH       : November 10, 2014

This is to certify that the above named decedent has been properly identified and that the cause of death specified above has been determined to be correct by the Philadelphia Medical Examiner's Office.

DATE OF CERTIFICATION: November 12, 2014

Sam P. Gulino, MD
Medical Examiner



# City of Philadelphia
## OFFICE OF THE MEDICAL EXAMINER
321 University Avenue, Philadelphia, PA 19104

## DEATH CERTIFICATE INFORMATION

M.E. CASE No. 14-04499
Terry, Jr., Otis
POLICE FILE No.

DATE REPORTED
11/10/2014 1:44:00 PM
Harolyn Rodgers

| NAME OF DECEASED (First Middle Last) | AGE | RACE | SEX |
|---|---|---|---|
| Otis Terry, Jr. | 69 Years | Black | Male |

| | | |
|---|---|---|
| [1] | Name of Deceased | Otis Terry, Jr. |
| [4] | Date of Death | Nov 10, 2014 1:20 pm |
| [8b] | County of Death | Philadelphia |
| [8c] | City of Death | Philadelphia |
| [8d] | Facility Name | 1728 W. Mt. Airy Av. |
| [9] | Hispanic Origin | |
| [24] | Time of Death | 1:20 PM |
| [25] | Date Pronounced | Nov 10, 2014 |
| [26] | Referred to MEO | Yes |
| [27a] | Immediate Cause of Death | Atherosclerotic Cardiovascular Disease |
| [27b] | Due To (or consequence of) | |
| [27c] | Due To (or consequence of) | |
| [27d] | Due To (or consequence of) | |
| [27x2] | Other Significant Conditions | |
| [28] | Did Tobacco Use Contribute? | No |
| [29] | If Female | |
| [30a] | Autopsy Performed | No |
| [30b] | Autopsy Results | No |
| [31] | Manner of Death | Natural |
| [32a] | Date of Injury | |
| [32b] | Time of Injury | |
| [32c] | Injury at Work | |
| [32d] | Describe Injury | |
| [32e] | Place of Injury | |
| [32f] | If Transportation Injury | |
| [32g] | Location | |
| [33d] | Date Signed | 11-Nov-14 |
| [34] | Pathologist | Edwin Lieberman |