IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------x
In re:                                             :
                                                   :   In Chapter 13
OTIS W. TERRY, JR.,                                :
                                                   :   Bankruptcy No: 13-14780 (MDC)
            Debtor.                                :
---------------------------------------------------------------x

**THE CITY OF PHILADELPHIA'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, the City of Philadelphia (the "City"), a creditor in the above captioned bankruptcy case, respectfully submits this statement of issues to be presented on appeal and designation of items to be included in the record in connection with the appeal by the City from the February 10, 2015 Order denying the City's Motion to Dismiss; the final order confirming the Chapter 13 Plan and denying dismissal of the Debtor's case, as noted on the February 6, 2015 docket entry; and all prior interlocutory orders.

I. STATEMENT OF ISSUES PRESENTED

1. Whether the Bankruptcy Court erred in determining the bankruptcy case of Otis W. Terry, Jr. (the "Debtor') could be administered, and proposed plan confirmed, after the death of the Debtor?

2. Whether the Court erred by not dismissing the Debtor's case for lack of good faith, when the Debtor's sole reason for filing the bankruptcy petition was to regain ownership of the property addressed 7128 Mount Airy Place, Philadelphia, PA (the "Subject Property")?

3. Whether the bankruptcy court erred in determining the Debtor redeemed the Subject Property through the Consent Order entered by the Bankruptcy Court on September 18, 2014?

4. Whether the Bankruptcy Court erred in confirming a plan which incorporated the redemption of the Subject Property?

5. Whether the Bankruptcy Court erred in confirming a plan which modified Pennsylvania law requiring payment in full of the amounts set forth in the Municipal Claims and Tax Liens Act, prior to redeeming property sold at a tax sale?

6. Whether the Bankruptcy Court erred in confirming a plan which required the Sheriff of Philadelphia County to turn over all of the "overbid" proceeds from the tax sale of the Subject Property, even though the Bankruptcy Court had already effectively avoided the tax sale through the Consent Order entered on September 18, 2014?

7. Whether the Bankruptcy Court erred in confirming a plan which provided that title to the Subject Property would not vest in the Debtor until entry of an order of discharge, even though the Bankruptcy Court had already directed that title to the Subject Property was returned to the status of title prior to the tax sale, which was in the name of the Debtor and his sister?

II. DESIGNATION OF ITEMS FOR THE RECORD

| Designation No. | Date of Filing | ECF No. | Description |
|---|---|---|---|
| 1. | 5/30/2013 | 1 | Chapter 13 Voluntary Petition and Attachments. |
| 2. | 6/13/2013 | 13 | Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Statistical Summary of Certain Liabilities, Ch. 13 Statement of Current Monthly and Disposable Income, Disclosure of Compensation of Attorney, and Attachments |
| 3. | 06/13/2013 | 14 | Ch. 13 Plan filed by Otis William Terry. |

| | | | |
|---|---|---|---|
| 4. | 06/26/2013 | 18 | Amended Schedule B. |
| 5. | 06/26/2013 | 19 | Amended Schedule I. |
| 6. | 06/26/2013 | 20 | Amended Schedule J. |
| 7. | 07/29/2013 | 23 | Amended Schedule I. |
| 8. | 07/29/2013 | 24 | Amended Voluntary Petition |
| 9. | 07/29/2014 | 25 | Amended Schedule J. |
| 10. | 06/25/2014 | 80 | Stipulation of Settlement by Otis William Terry, Jr. and Between Patricia Terry and 2013 N. 16th Street, LLC and Todd Joseph, Settling Claim Litigation and Objection to Confirmation. |
| 11. | 06/25/2013 | 81 | First Amended Ch. 13 Plan. |
| 12. | 06/25/2014 | 82 | Amended Schedule J. |
| 13. | 07/06/2014 | 87 | Objection to Stipulation of Settlement filed by Debtor Otis William Terry Filed by the City of Philadelphia. |
| 14. | 09/18/2014 | 89 | Proposed Consent Order Re: Objection to claim of 2013 N. 16th Street, LLC. |
| 15. | 09/18/2014 | 92 | Consent Order. |
| 16. | 09/29/2014 | 96 | Objection to Confirmation of the Plan by the City of Philadelphia. |
| 17. | 10/17/2014 | 107 | Memorandum Re: Consent Order entered by the Bankruptcy Court. |
| 18. | 10/17/2014 | 108 | Motion to Dismiss filed by the City of Philadelphia. |
| 19. | 10/31/2014 | 117 | Transcript of Hearing Held on Objection to Stipulation of Settlement. |
| 20. | 11/12/2014 | 119 | Praecipe for Suggestion of Death of Debtor, Otis W. Terry, Jr. |
| 21. | 11/14/2014 | 120 | Response to Motion to Dismiss Case filed by Otis W. Terry, Jr. |
| 22. | 02/06/2015 | 134 | Order Confirming Ch. 13 Plan. |
| 23. | 02/10/2015 | 129 | Order Denying Motion to Dismiss Case. |
| 24. | 02/20/2015 | 131 | Notice of Appeal to District Court. |
| 25. | -- | -- | Transcripts of Hearing held on February 6, 2015, regarding continued administration of the case, dismissal of the case, and confirmation of the Debtor's plan. |

Respectfully submitted,

Date: March 10, 2015    Signed:    /s/ James C. Vandermark
JAMES C. VANDERMARK
Assistant City Solicitor
PA Attorney I.D. 306944
NJ Attorney I.D. 013072009

City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0521 (phone)
215-686-0582 (facsimile)
Email: james.vandermark@phila.gov