**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   Otis W. Terry, Jr., | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 13-14780 (MDC) |

                                     **Hearing:  July 7, 2016**
                                              **11:00 a.m.**
                                              **Courtroom #2**
                                              **900 Market Street**
                                              **Philadelphia, PA 19107**

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

     Debtor Otis W. Terry, Jr., by his attorney, has filed a Motion for Exemption from the Financial Management Course Requirement and Domestic Support Obligation Certification in the above-referenced Chapter 13 bankruptcy case.

     **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

     1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 24, 2016 you or your attorney must do all of the following:

          (a)   file an answer explaining your position at:

               Clerk, U.S. Bankruptcy Court
               900 Market Street, Suite 400
               Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

          (b)   mail a copy to the movant's attorney:

               Jane P. Nylund, Esquire
               Philadelphia Legal Assistance
               718 Arch Street, Suite 300N
               Philadelphia, PA 19106
               Phone: 215-981-3873
               Fax: 215-981-3870

   2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on July 7, 2016 at 11:00 AM in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

   4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: June 9, 2016         /s/Jane P. Nylund
                    JANE P. NYLUND
                    Attorney for Debtor
                    Philadelphia Legal Assistance
                    718 Arch Street, Suite 300N
                    Philadelphia, PA l9l06
                    (2l5) 981-3873
                    jnylund@philalegal.org